IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:13-cr-00270 |
| | ) |
| ATIBA WARREN | ) Judge Mark R. Hornak |
| | ) |

### ORDER

AND NOW, this 7th day of July, 2015, after oral argument and evidentiary hearing on the pending Motions then before the Court, heard on March 3, 2015, and upon consideration of the filings and supplemental filings submitted to the Court by the United States and the Defendant, the record adduced, and the arguments presented, it is hereby ORDERED that Defendant's Motion to Suppress Evidence with Citation to Authority [ECF No. 42] is DENIED for the reasons set forth in the Opinion of this date.

A telephonic status and trial scheduling conference is set for July 10, 2015, at 10:15 a.m. The Court will initiate the call.

Mark R. Hornak
United States District Judge

cc: All counsel of record